UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID REPATH (#484984)                               CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.                                NO. 20-00768-BAJ-RLB

RULING AND ORDER

As set forth in this Court's Order of November 2, 2021 (Doc. 22), this *pro se* prisoner action asserts a violation of procedural due process resulting from Defendants' alleged unauthorized removal of funds from Plaintiff's offender account. Previously, the Court dismissed with prejudice Plaintiff's official capacity claims for monetary damages, and dismissed *without prejudice* Plaintiff's individual capacity claims due to Plaintiff's failure to allege Defendants' personal involvement in the events that resulted in removal of funds from his account (*or* implementation of policies resulting in the same), permitting Plaintiff leave to amend his Complaint within 60 days. (*Id.*).

On December 30, 2021, Plaintiff timely submitted his Amended Complaint. (Doc. 23). Thereafter, on January 18, 2022, Defendants submitted a **Second Motion To Dismiss (Doc. 24)**, again seeking dismissal with prejudice of Plaintiff's action. The deadline to oppose Defendants' Motion is long past, with no opposition from Plaintiff.

On July 25, 2022, the Magistrate Judge issued a **Report and Recommendation (Doc. 35, "R&R")**, recommending that all claims asserted

against Defendants James LeBlanc and Darryl Vannoy be dismissed with prejudice, and that Plaintiff's individual capacity claim for compensatory damages against Defendant Sondra Rosso be dismissed with prejudice, leaving only Plaintiff's official capacity claims for declaratory and injunctive relief against Defendant Rosso. The R&R further recommends that this matter be referred back to the Magistrate Judge for further proceedings. The deadline to object to the R&R is past, with no objection from Plaintiff or Defendants.

Having carefully considered the matter, and in the absence of any objection, the Court **APPROVES** the R&R's analysis, and **ADOPTS** that analysis as the Court's opinion herein. Accordingly,

**IT IS ORDERED** that Defendants' **Second Motion To Dismiss Pursuant To Federal Rules Of Civil Procedure 12(b)(6) (Doc. 24)** be and is hereby **GRANTED IN PART**.

**IT IS FURTHER ORDERED** and that all claims asserted against Defendants James LeBlanc and Darryl Vannoy be and are **DISMISSED WITH PREJUDICE**, and that Defendants James LeBlanc and Darryl Vannoy be and are hereby **DISMISSED FROM THESE PROCEEDINGS**.

**IT IS FURTHER ORDERED** and that Plaintiff's claim for compensatory damages—*i.e.*, Plaintiff's individual capacity claim—against Defendant Sondra Rosso be and is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that in all other respects Defendants' Motion be and is hereby **DENIED**, and that this matter be and is hereby **REFERRED** back to the Magistrate Judge for further consideration of Plaintiff's remaining official capacity claims for declaratory and injunctive relief against Defendant Rosso.

Baton Rouge, Louisiana, this 16th day of August, 2022

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**